**FILED**

DATE: FEB 25th;2008

FEB 29 2008

CLERK, U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA

UNITED STATES DISTRICT COURT § JUAN DEJESUS CALZADO
WESTERN DISTRICT OF PENNSYLVANIA § CASE NO:1:03CR00010-001
JAMES A. DRACH/DISTRICT CLERK §
U.S.POST OFFICE AND COURTHOUSE,ROOM 829 §
SEVENTH AND GRANT STREETS(ZIP:15219) §
POST OFFICE POST. 1805 §
PITTSBURGH,PENNSYLVANIA 15230-1805 §

---

Dear Clerk of Court:

I was sentenced by honorable Judge,MAURICE B.,JR.COHILL,ON JAN 29th;2004, Based on the sentencing guidelines that were then in effect regarding cocaine base.I belive that I am eligible for a reduced sentence under the amended cocaine base guidelines which will will be made retroactive on March 3,2008.May projected release date is NOV 13th;2011.

I Cannot afford to hire an attorney.A completed financial affidavit is enclosed.I am respectfully requesting that the court appoint the federal public defender or other counsel to assist me in filing a motion to reduce my sentence and?or to represent me in a resentencing hearing for the same purpose.

If the court chooses not to appoint counsel to represent me in this matter, then I still request a sentencing reduction based on the retroactive cocaine base guideline amendment,pursuant to 18 U.S.C.§ 3582(c)and sentencing Commission policy statement § 1B1.10.

Thank you for your attention to this matter.

Certificate of service,I certify that a true copy of this document was mailed from,BIG SPRING CORRECTIONAL CENTER,ON 25th;2008,Through the UNITED STATES POSTAL SERVICE.

DATE  2-25-08  .        DEFENDANT  Juan Calzado .

Subscribed and sworn to befor me,the under signed authority
on this  25  day of  February 2008  .

_Charlene Y Dominguez_
NOTARY PUBLIC



CHARLENE Y DOMINGUEZ
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 04-21-2008