## FINANCIAL AFFIDAVIT

UNITED STATES DISTRICT COURT     FOR     WESTERN DISTRICT OF PENNSYLVANIA

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICE WITHOUT PAYMENT OF FEE**

JUAN DEJESUS CALZADO.
CASE NO:1:03CR00010-001

EMPLOYMENT: NOT EMPLOYED.

OTHER INCOME: NON ($0) INCOME NO SOURCES.

CASH:   ($0) INCOME.

PROPERTY: NO PROPERTY ($0) VALUE.

MARITAL STATUSE: SINGLE NO DEPENDENTS.

OBLIGATIONS & DEBTS: NO MONTHLY BILLS, NO CREDITORS, NO BANKS ACCOUNTS.

Certificate of service, I JUAN DEJESUS CALZADO, CERTIFY UNDER PENALTY OF PERJURY, That a true and correct copy of this document was mailed from BIG SPRING CORRECTIONAL CENTER, Through the UNITED STATES POSTAL SERVICE.

DATE __2.25.08__ .

DEFENDANT _Juan Calzado_

```
 BSC2A   540*23  *           SENTENCE MONITORING             *    02-25-2008
 PAGE 001         *             COMPUTATION DATA             *    13:19:01
                                AS OF 02-25-2008

 REGNO..: 10778-068 NAME: CALZADO, JUAN DEJESUS


 FBI NO............: 955051WA3          DATE OF BIRTH: 08-18-1959
 ARS1..............: BSC/A-DES
 UNIT..............: INTERSTATE         QUARTERS.....: I04-061L
 DETAINERS.........: YES                NOTIFICATIONS: NO

 PRE-RELEASE PREPARATION DATE: 05-13-2011

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE:  11-13-2011 VIA GCT REL

 ---------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

 COURT OF JURISDICTION...........: PENNSYLVANIA, WESTERN DISTRICT
 DOCKET NUMBER...................: 1:03CR00010-001
 JUDGE...........................: COHILL
 DATE SENTENCED/PROBATION IMPOSED: 01-29-2004
 DATE COMMITTED..................: 04-02-2004
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
 NON-COMMITTED.:  $100.00         $00.00           $00.00         $00.00

 RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT:  $00.00

 ---------------------CURRENT OBLIGATION NO: 010 -----------------------------
 OFFENSE CODE....: 391
 OFF/CHG: 21USC846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE 50
         GRAMS OR MORE OF COCAINE BASE

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
  TERM OF SUPERVISION............:     5 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CC W/030/010/020
  DATE OF OFFENSE................: 02-25-2003

 ---------------------CURRENT JUDGMENT/WARRANT NO: 030 -----------------------

 COURT OF JURISDICTION...........: PENNSYLVANIA, WESTERN DISTRICT
 DOCKET NUMBER...................: 1:99CR00011-001
 JUDGE...........................: COHILL




 G0002          MORE PAGES TO FOLLOW . . .
```

```
   BSC2A  540*23 *           SENTENCE MONITORING          *    02-25-2008
   PAGE 002       *           COMPUTATION DATA            *    13:19:01
                               AS OF 02-25-2008

   REGNO..: 10778-068 NAME: CALZADO, JUAN DEJESUS


   DATE SENTENCED/PROBATION IMPOSED: 01-12-2000
   DATE SUPERVISION REVOKED.........: 01-29-2004
   TYPE OF SUPERVISION REVOKED......: REG
   DATE COMMITTED...................: 04-02-2004
   HOW COMMITTED....................: COMMIT OF SUPERVISED REL VIOL
   PROBATION IMPOSED................: NO

                    FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
   NON-COMMITTED.:  $100.00         $00.00           $00.00          $00.00

   RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO         AMOUNT:  $00.00

   -------------------------CURRENT OBLIGATION NO: 010 -------------------------
   OFFENSE CODE....: 171
   OFF/CHG: T8:1326-ILLEGAL ENTRY BY DEPORTED ALIEN

    SENTENCE PROCEDURE..............: SUPERVISED RELEASE VIOLATION PLRA
    SENTENCE IMPOSED/TIME TO SERVE.:    12 MONTHS
    RELATIONSHIP OF THIS OBLIGATION
     TO OTHERS FOR THE OFFENDER....: CC W/020/010
    DATE OF OFFENSE.................: 03-18-1999

   -------------------------CURRENT COMPUTATION NO: 020 ------------------------

   COMPUTATION 020 WAS LAST UPDATED ON 05-10-2004 AT FTD AUTOMATICALLY

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   CURRENT COMPUTATION 020: 020 010, 030 010




   G0002          MORE PAGES TO FOLLOW . . .
```

```
   BSC2A   540*23  *          SENTENCE MONITORING            *      02-25-2008
   PAGE 003         *           COMPUTATION DATA             *      13:19:01
                                 AS OF 02-25-2008

   REGNO..: 10778-068 NAME: CALZADO, JUAN DEJESUS


   DATE COMPUTATION BEGAN..........: 01-29-2004
   AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
   TOTAL TERM IN EFFECT............:   120 MONTHS
   TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS
   AGGREGATED TERM OF SUPERVISION..:     5 YEARS
   EARLIEST DATE OF OFFENSE........: 03-18-1999

   JAIL CREDIT.....................:   FROM DATE       THRU DATE
                                       02-26-2003      01-28-2004

   TOTAL PRIOR CREDIT TIME.........: 337
   TOTAL INOPERATIVE TIME..........: 0
   TOTAL GCT EARNED AND PROJECTED..: 470
   TOTAL GCT EARNED................: 216
   STATUTORY RELEASE DATE PROJECTED: 11-13-2011
   SIX MONTH /10% DATE.............: N/A
   EXPIRATION FULL TERM DATE.......: 02-25-2013


   PROJECTED SATISFACTION DATE.....: 11-13-2011
   PROJECTED SATISFACTION METHOD...: GCT REL




   G0002          MORE PAGES TO FOLLOW . . .
```

```
BSC2A  540*23 *          SENTENCE MONITORING         *    02-25-2008
PAGE 004 OF 004 *          COMPUTATION DATA          *    13:19:01
                          AS OF 02-25-2008

REGNO..: 10778-068 NAME: CALZADO, JUAN DEJESUS


------------------------------- CURRENT DETAINERS: ---------------------------

DETAINER NO..: 001
DATE LODGED..: 05-10-2004
AGENCY.......: IMMIGRATION & NATURALIZATION
AUTHORITY....: USINS, PITTSBURGH PA
CHARGES......: REMOVAL/A44475667

DETAINER NO..: 002
DATE LODGED..: 10-29-2004
JURISDICTION.: STATE OF NEW JERSEY
AUTHORITY....: NJ STATE PAROLE, PO BOX 862, TRENTON, NJ
CHARGES......: NJ PAROLE FUGITIVE WARRANT #11514




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

```
BSC2A  542*22 *              SENTENCE MONITORING              *   02-25-2008
PAGE 001 OF 001 *              GOOD TIME DATA                 *   13:19:14
                             AS OF  02-25-2008

REGNO...: 10778-068    NAME: CALZADO, JUAN DEJESUS
ARS 1...: BSC A-DES                                PLRA
COMPUTATION NUMBER..: 020          FUNC..: PRT   ACT DT:
LAST UPDATED:  DATE.: 05-10-2004   FACL..: FTD      CALC: AUTOMATIC
UNIT................: INTERSTATE   QUARTERS............: I04-061L
DATE COMP BEGINS....: 01-29-2004   COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 337          TOTAL INOP TIME.....: 0
CURRENT REL DT......: 07-24-2012 TUE  EXPIRES FULL TERM DT: 02-25-2013
PROJ SATISFACT DT...: 11-13-2011 SUN  PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:              ACTUAL SATISF METHOD:
DAYS REMAINING......:              FINAL PUBLC LAW DAYS:

---------------------------GOOD CONDUCT TIME AMOUNTS---------------------------

   START       STOP       MAX POSSIBLE TO    ACTUAL TOTALS    VESTED    VESTED
    DATE       DATE       DIS    FFT         DIS    FFT       AMOUNT    DATE
  02-27-2003  02-26-2004   54     54
  02-27-2004  02-26-2005   54    108
  02-27-2005  02-26-2006   54    162
  02-27-2006  02-26-2007   54    216
  02-27-2007  02-26-2008   54
  02-27-2008  02-26-2009   54
  02-27-2009  02-26-2010   54
  02-27-2010  02-26-2011   54
  02-27-2011  11-13-2011   38

    TOTAL EARNED AMOUNT..............................................:   216
    TOTAL EARNED AND PROJECTED AMOUNT................................:   470




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```