

FROM: JUAN DEJESUS CALZADO
B.O.P.# 10778-068
INTERSTATE-UNIT
1801 WEST I-20
BIG SPRING, TEXAS 79720

TO: UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
JAMES A. DRACH/DISTRICT CLERK
U.S. POST OFFICE AND COURTHOUSE, ROOM 829
SEVENTH AND GRANT STREETS (ZIP:15219)
POST OFFICE BOX.1805
PITTSBURGH. PENNSYLVANIA 15230-1805

152301805 BC14

"LEGAL MAIL"